# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1230 | **DATE** | 2/22/11 |
| **CASE TITLE** | Federal Trade Commission vs. National Sales Group | | |

**DOCKET ENTRY TEXT**

Plaintiff's ex parte motion for temporary restraining order is granted. Enter ex parte temporary restraining order with asset freeze and other equitable relief. Thomas W. McNamara is appointed Temporary Equity Receiver and shall file with the Clerk of this Court a bond in the sum of $50,000.00. Temporary restraining order shall expire on 3/4/11 at 4:00 p.m. Preliminary injunction hearing set for 3/4/11 at 9:30 a.m. before Emergency Judge Darrah in Courtroom 1203.

■ [ For further detail see separate order(s).]   Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | CG |
|---|---|---|